# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,              )
                                     )   2:09-cr-00421-JCM -VCF
v.                                   )
                                     )   **O R D E R**
CARLOS CEDANO-PEREZ,                 )
                                     )
        Defendant.              )
_____)

Before the court is the matter of *USA v. Cedano-Perez* (Case No. 2:09-cr-00421-JCM -VCF-1). On December 19, 2011, the court granted *pro se* defendant Carlos Cedano-Perez' *Ex Parte* Motion To Subpoena Witnesses For Sentencing Hearing (#92). (#93). On January 18, 2012, subpoenas were issued for witnesses Ricardo Almicar Ramirez Turcios and Karen A. Connolly, Esq. to appear at defendant Cedano-Perez' sentencing scheduled for March 14, 2012, at 10:00 a.m. (#95). On January 27, 2012, the subpoena was returned executed for Karen A. Connolly, Esq. (#96). On March 7, 2012, the court vacated defendant's sentencing scheduled for March 14, 2012, and reset it for March 20, 2012, at 10:00 a.m. in Courtroom 6A  (#98).

Accordingly, and for good cause shown,

IT IS ORDERED that witnesses Karen A. Connolly and Ricardo Almicar Ramirez Turcios are ordered, under the authority of the subpoenas, to appear on March 20, 2012, at 10:00 a.m. in Courtroom 6A for the sentencing of defendant Cedano-Perez.

. . .

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED that the U.S. Marshal shall serve both witnesses with a copy of the subpoenas issued by this court (#95) and a copy of this order. Thereafter, the U.S. Marshal shall complete the "Proof Of Service" portion of the subpoenas, file the same with the court, and send a copy of each to defendant.

DATED this 8th day of March, 2012.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**